KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| RAMONA ALLEN, | CASE NO. **3:22-cv-02690-WHO** |
|---|---|
| Plaintiffs, | |
| v. | [~~PROPOPSED~~] ORDER FOR DISMISSAL |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, | |
| Defendants. | |

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice. Each party shall bear its and her own fees and costs.

DATED: July 19, 2023



Hon. William H. Orrick
U.S. District Court Judge

1
STIPULATION FOR DISMISSAL